IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAY DANSBY                                                                             PETITIONER

VS.                          CASE NO. 03-CV-1146
                             (formerly 02-MC-04)

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Petitioner, an Arkansas state prisoner currently incarcerated on death row in Tucker Maximum Security Prison, Tucker, Arkansas, has filed a petition for writ of habeas corpus under 28 U.S.C. §2254. It appears from the certificate of service filed with the writ of habeas corpus that the respondent, Larry Norris, was served with a copy of the petition by certified mail on September 15, 2003. It appears that the Attorney General of Arkansas was not so served. Therefore, the Court enters the following order this 1st day of October, 2003:

IT IS HEREBY ORDERED that the United States Marshall is directed to serve a copy of the petition, along with a copy of this order, on the Attorney General of Arkansas without prepayment of fees and cost or security therefore. The Attorney General is ordered to answer on behalf of the respondent, Larry Norris, within sixty (60) days from the date of service.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 2 2003

CHRIS R. JOHNSON, CLERK

DEPUTY CLERK

_____
Hon. Harry F. Barnes
United States District Judge

AO 72A
(Rev. 8/82)

9