

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

```
RAY DANSBY,                          *
            Petitioner               *
                                     *
                                     *    NO. 03-CIV-1146
v.                                   *
                                     *
LARRY NORRIS, DIRECTOR,              *
ARKANSAS DEPARTMENT OF               *
CORRECTION,                          *
            Respondent               *
                                     *
```

**ORDER**

Before the Court is the Petitioner's Habeas Corpus Petition and Amended Habeas Corpus Petition. The Court has determined that it is in the best interests of the parties to conduct an evidentiary hearing to determine whether habeas corpus relief is warranted. A hearing is scheduled to be held in the Judge Isaac C. Parker Federal Building, Fort Smith, Arkansas, March 7, 2005, beginning at 10:00 A.M. with the hearing to continue until concluded. The Court will limit the hearing to Petitioner's Claims I, II, III, IV and IX in Petitioner's Amended Habeas Corpus Petition filed November 20, 2003. (Doc. 10.)

The parties are advised if there are additional arguments or issues they would like to present that the Court should be notified forthwith.

AO 72A
(Rev.8/82)

The Court will defer ruling on the petitions until after the scheduled hearing.

IT IS SO ORDERED THIS 22nd day of November, 2004.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 22 2004
CHRIS R. JOHNSON, CLERK
BY [Deputy Clerk signature]