IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAY DANSBY                                              PETITIONER

   V.              Civil No. 03-CV-1146

LARRY NORRIS, Director,
Arkansas Department of corrections                      RESPONDENT

## O R D E R

Currently before the Court is Petitioner's Motion for Judgement on the Pleadings as to Claim II of the Petitioner's Amended Petition for Writ of Habeas Corpus, filed on August 5, 2005. In their Response dated August 12, 2005, the Respondent opposes the motion.

Petitioner cites judicial economy as the reason Claim II of the petition should be adjudicated prior to the September 20, 2005 evidentiary hearing due to "the expenditure of the considerable time and funds that will be necessary to prepare for and conduct an evidentiary hearing on the other 25 claims." Motion, p. 2. It is important to note that the evidentiary hearing will not encompass 25 claims, but instead only the 5 claims previously set out, and includes the claim at issue in the pending motion.

Judicial economy would not result by delaying the evidentiary hearing to resolve one claim. The evidentiary hearing will go forward as scheduled, on September 20, 2005. Petitioner shall timely provide the Respondent notice of the

witnesses they intend to call and the evidence they intend to introduce at the hearing.

Petitioner's Motion for Judgement on the Pleadings as to Claim II of the Petitioner's Amended Petition for Writ of Habeas Corpus is Denied.

IT IS SO ORDERED THIS 17th day of August 2005.

/S/ Robert T. Dawson
Robert T. Dawson
United States District Judge