```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     EL DORADO DIVISION
```

RAY DANSBY                                              PETITIONER

     V.               Civil No. 03-CV-1146

LARRY NORRIS, Director,
Arkansas Department of corrections                      RESPONDENT

## **O R D E R**

    Currently before the Court is Petitioner's motion to withdraw his request for evidentiary hearing on claims contained in the first amended petition (hearing scheduled for September 20, 2005), filed on September 14, 2005. Petitioner also requests to withdraw his Motion to Continue Evidentiary Hearing and to Expand Scope of Evidentiary Hearing, filed this same date, and for an evidentiary hearing to be conducted on several claims contained in the second amended petition. At this time, Respondent has not filed a response to Petitioner's motions.

    Upon due consideration, the motion to withdraw the request for an evidentiary hearing on claims contained in the first amended petition is Granted. Therefore, an evidentiary hearing will not be held on September 20, 2005.

    Petitioner's motion to withdraw the Motion to Continue Evidentiary Hearing and to Expand Scope of Evidentiary Hearing is Granted.

    The Court defers ruling on the additional request for an evidentiary hearing on claims contained in the second amended petition until Respondent has had an opportunity to respond.

In preparation for the September 20, 2005 evidentiary hearing, this Court issued a Writ of Habeas Corpus Ad Prosequendum, on August 19, 2005, and that writ is now canceled.

It is further ordered that the parties file briefs, addressing the possible procedural default of the *Batson* claim (Claim III of the amended petition, Claim X of second amended petition). The simultaneous briefs will be filed sixty days of this order.

IT IS SO ORDERED THIS 14th day of September 2005.

                                         /s/ Robert T. Dawson
                                         Robert T. Dawson
                                         United States District Judge