IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


RAY DANSBY                                              PETITIONER

        V.                    Civil No. 03-CV-1146

LARRY NORRIS, Director of
Arkansas Department of Corrections                     RESPONDENT

### JUDGMENT

    Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that the Petition and Amended Petitions for Writ of Habeas Corpus should be and hereby are dismissed; the relief sought is denied.

    IT IS SO ORDERED this 22nd day of July 2008.


/S/ Robert T. Dawson
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)