IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAY DANSBY                                                                          PETITIONER

V.                                  CIVIL NO. 03-CV-1146

LARRY NORRIS, Director of
Arkansas Department of Corrections[1]                                RESPONDENT

### ORDER

On July 22, 2008, the Court entered Judgment in this matter denying Petitioner's Petition and Amended Petitions for Writ of Habeas Corpus and dismissing this case. ECF No. 66. Petitioner appealed the Judgment to the Court of Appeals for the Eighth Circuit ("Court of Appeals"). ECF No. 91. On September 19, 2012, the Court of Appeals issued a Mandate remanding the case to this Court for further consideration in accordance with its opinion and judgment of June 21, 2012. ECF No. 112. Accordingly, this matter was reopened in this Court and Petitioner filed a Motion for Leave to File a Third Amended Petition (ECF No. 116) and a Motion for Order Scheduling Deadlines (ECF No. 117).

Subsequently, Petitioner filed a Petition for a Writ of Certiorari with the Supreme Court of the United States ("Supreme Court"). ECF No. 128. The Supreme Court granted Petitioner's Petition for Writ of Certiorari, vacated the Court of Appeals judgment, and remanded the case to the Court of Appeals for further consideration. ECF No. 129. On July 8, 2013, the Court of Appeals issued an Order recalling its September 19, 2012 Mandate and reopening Petitioner's appeal. ECF No. 130.

---

[1] The director of the Arkansas Department of Corrections is now Ray Hobbs. The Clerk is directed to substitute Ray Hobbs, Director of Arkansas Department of Correction for Larry Norris, Director of Arkansas Department of Corrections.

Accordingly, the Clerk is **DIRECTED** to close this matter pursuant to the Court of Appeals Order recalling its Mandate (ECF No. 130) and terminate the pending motions at ECF Nos. 116 and 117. Should the Court of Appeals again remand this matter, counsel for Petitioner may refile the terminated motions and the Court will consider them at that time.

**IT IS SO ORDERED** this 10th day of July 2013.

                                              /s/ Robert T. Dawson
                                              Hon. Robert T. Dawson
                                              United States District Judge