IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAY DANSBY                                                                                           PETITIONER

V.                                            CIVIL NO. 1:03-cv-01146

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

The Court enters final judgment in this matter **GRANTING IN PART and DENYING IN PART** the Petitioner's second amended petition for writ of habeas corpus for the reasons set forth in the Court's Memorandum Opinion and Order. Accordingly, and as set forth in the Court's Memorandum Opinion and Order, the Respondent is ordered to either stipulate to a sentence of life imprisonment without parole or pursue the sentence of death by lethal injection through whatever remedies available to it. The Court instructs the Respondent to determine its course of action within ninety (90) days; and if, it decides to pursue a sentence of death by lethal injection, to pursue such remedies within another an additional one hundred eighty (180) days.

The Court finds no substantial showing for a certificate of appealability under 28 U.S.C. § 2254, and it is therefore **DENIED**.

**IT IS SO ORDERED** this 21st day of August 2019.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE