IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAY DANSBY                                                                                           PETITIONER

v.                                           Case No. 1:03-cv-1146

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

Before the Court is the Mandate of the Eighth Circuit Court of Appeals regarding Petitioner Ray Dansby. ECF No. 177. After evaluating Petitioner's appeal, the Eighth Circuit affirms the District Court's denial of relief regarding Petitioner's conviction but reverses the District Court's grant of relief regarding Petitioner's sentence. ECF No. 177-2, p. 18. The Eighth Circuit mandate remanded this matter to this Court and directed the Court to dismiss Petitioner's Second Amended Petition for Writ of Habeas Corpus. *Id*.

Accordingly, pursuant to the Eighth Circuit Court of Appeals' mandate (ECF No. 177), Petitioner Ray Dansby's Second[1] Amended Petition for Writ of Habeas Corpus (ECF No. 25) is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 12th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Petitioner's Second Amended Petition (ECF No. 25) contains the substantive claims evaluated by the Eighth Circuit and subject to the instant mandate. Petitioner's subsequent Amended Petitions (ECF Nos. 114 and 142) contained the same substantive claims that were evaluated by the Eighth Circuit. Accordingly, dismissal of the Second Amended Petition functions as a dismissal of this matter.