# Declaration of Heather Fraley

I, Heather Fraley, declare as follows:

1. I am an attorney at law, admitted to practice before this court, and employed as an Assistant Federal Public Defender in Las Vegas, Nevada.

2. At the end of September 2023, John Williams, the Chief of the Capital Habeas Unit (CHU) of the Federal Public Defender for the Eastern District of Arkansas in Little Rock, gave notice that he had accepted employment with the ACLU of Arkansas and would be leaving the Federal Defender's Office effective November 5, 2023. I was asked to serve as the interim chief of the unit. Though I still live in Las Vegas, I have been remotely serving as interim chief of the Little Rock CHU since Mr. Williams' departure on November 5, 2023.

3. As interim chief, I have learned of significant attrition that has occurred in the unit over the past calendar year. At the time I began serving as the interim chief, the unit employed just three Assistant Federal Public Defenders, none of whom had more than four years of experience litigating capital habeas cases, and one of whom was hired in the last six months.

4. The unit represents 24 clients, one of whom has two open capital cases, for a total of 25 cases. Federal Defender Lisa Peters and I agreed that the unit did not have enough qualified attorneys to represent all our clients and we needed outside assistance. Accordingly, she and I immediately began seeking other CHUs who might be willing and able to assist with some of our cases.

5. Upon Mr. Williams' departure, there were no attorneys left in the Little Rock CHU with any substantive knowledge of Ray Dansby's case. Thus, Mr.

Dansby's case was selected as one of the cases in which we needed outside assistance.

6. The CHU of the Federal Public Defender for the Western District of Missouri in Kansas City agreed to take Mr. Dansby's case. In early November 2023, Ms. Peters began seeking approval from the Defender Services Office for the Kansas City CHU to co-counsel with the Little Rock CHU on Mr. Dansby's case. Although this request was made in early November 2023, authorization for the Kansas City CHU to move for appointment in Mr. Dansby's case did not come until February 16, 2024.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 29, 2024, in Las Vegas, Nevada.

*/s/*_____
Heather Fraley
Assistant Federal Public Defender