IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAY DANSBY                                                                                          PETITIONER

v.                                          Case No. 1:03-cv-1146

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

Before the Court is Petitioner's Motion to Appoint Counsel. ECF No. 183. Petitioner seeks appointment of the Missouri Capital Habeas United (MO-CHU) to assist the undermanned Arkansas Capital Habeas Unit (ARK-CHU) in representing Petitioner "in his federal habeas corpus, clemency, and ancillary legal proceedings."

Petitioner states that his indigent status and capital sentence generally entitles him to appointed representation pursuant to 18 U.S.C. § 3599(a). Though Petitioner's habeas petitions have been dismissed (ECF No. 178), petitioner contends that he is still entitled to appointed assistance of counsel pursuant to 18 U.S.C. §3599(e) for clemency proceedings and any issues related to his capital sentence. Petitioner requests that the MO-CHU be appointed to supplement the previously appointed, but significantly undermanned, ARK-CHU to fulfill that statutory right to counsel.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Petitioner's Motion to Appoint Counsel (ECF No. 183) is hereby **GRANTED**. The MO-CHU is hereby appointed to represent Petitioner pursuant to 18 U.S.C. 3599(e).

**IT IS SO ORDERED**, this 21st day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge